## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

GARY A. LAVITE,

    Plaintiff,

v.

JOHN LAKIN, *et. al,*

    Defendants.

Case No. 3:17-cv-01275-JPG-GCS

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE**.

DATED: February 4, 2019

    **MARGARET M. ROBERTIE,**
    Clerk of Court

    BY:   s/Tina Gray
           Deputy Clerk

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**